Lars H. Olsen, OSB # 91387  
Attorney at Law  
3995 Hagers Grove  
P.O. Box 12829  
Salem, OR 97309-0829  
Telephone - (503) 362-9393

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: ) | |
|     John David Maine ) | CASE NO. 16-63632-tmr13 |
|     April Lynne Marie Maine ) | |
| ) | |
|     Debtors. ) | |
| ) | |

DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE
UNDER SECTION 1307(b)

The debtor, John Maine (ONLY), by and through his attorney, Lars H. Olsen, represents as follows:

1. That the debtor John Maine (ONLY) is no long able to comply with the Chapter 13 plan and does not desire to modify the plan.

2. That this Chapter 13 case has not been converted to Chapter 13 from another Chapter of Title 11.

3. That under 11 U.S.C. 1307(b), the debtor, John Maine, is entitled to have this Chapter 13 case dismissed at any time, and the debtor, by this motion, request that such case be dismissed.

1 – CO-DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

4. That a copy of this motion has on this date been mailed to the Chapter 13 Trustee serving in the case.

WHEREFORE, under Bankruptcy Rules 1017(d) and 9014, the debtor (ONLY) moves this honorable court to enter an order dismissing this case and closing the estate as provided by law.

DATED this  15th  day of  May , 2020.

/s/ Lars H. Olsen, OSB # 91387
Lars H. Olsen, OSB # 91387
Attorney for Debtors

I hereby certify that on 4/1/2020, I served copies of the above Motion to Dismiss on:

Naliko Markel, Trustee, via CMECF

US Trustee, Eugene, via CMECF

John Maine, 33333 SW Mountain Way, Scappoose, OR 97056

April Maine, 1938 SE Geary St. Apt 201 Albany, OR 97322

/s/ Lars H. Olsen, OSB # 91387
Lars H. Olsen, OSB # 91387
Attorney for Debtors